1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10  COREY M. LAMPE, SR.,

11          Plaintiff,
        v.
12

13  DEPARTMENT OF ADULT AND
    JUVENILE DETENTION, et al.,
14
            Defendants.
15

CASE NO. C20-1185JLR-MAT

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the court on the Report and Recommendation ("R&R") of United States Magistrate Judge Mary Alice Theiler (R&R (Dkt. # 7)). Having carefully reviewed the foregoing, all other relevant documents, and the governing law, the court ADOPTS the Report and Recommendation (Dkt. # 7) and DISMISSES Mr. Lampe's complaint without prejudice pursuant to 28.U.S.C. § 1915(e)(2)(B)(ii).

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must

ORDER - 1

determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* The court reviews de novo those portions of the report and recommendation to which specific written objection is made. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). When no objections are filed, the court need not review de novo the report and recommendation. *Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005).

Here, no party has objected to Magistrate Judge Theiler's R&R. (*See* Dkt.) Thus, the court need not review de novo the report and recommendation. *See Wang*, 416 F.3d at 1000. Moreover, the court has examined the record before it, including Magistrate Judge Theiler's R&R, and finds the Magistrate Judge's reasoning persuasive in light of that record. Accordingly, the court ADOPTS the R&R in its entirety. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g) and is DIRECTED to send copies of this Order to the parties and to Magistrate Judge Theiler.

Dated this 14th day of December, 2020.

JAMES L. ROBART
United States District Judge